WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

ROBERT HERALDEZ, an individual; NANCY HERALDEZ, an individual;

Plaintiffs

v.

BAYVIEW LOAN SERVICING, LLC, a Delaware Limited Liability Company; CYPRESS POINT FUNDING INC. an entity of unknown form; MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., a Delaware Corporation; and Does 1-10, Inclusive,

Defendants.

Case No.: 5:16-cv-01978-R-(DTBx)

**JUDGMENT OF DISMISSAL**

Hon. Judge Manuel L. Real
Courtroom 8

Action Filed: August 3, 2016

On December 15, 2016, this Court granted the Motion to Dismiss under Federal Rules of Civil Procedure, Rule 12(b)(6) filed by Defendants Bayview Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc. (erroneously sued herein as "Mortgage Electronic Registrations Systems, Inc.)

**NOW, THEREFORE, IT IS ADJUDGED AND DECREED THAT:**

The Complaint is dismissed as to Defendants Bayview Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc. and against Plaintiffs. Judgment is hereby entered in favor of Defendants Bayview Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc. and against Plaintiffs.

**IT IS SO ORDERED.**

DATED: January 6, 2017

Honorable Manuel L. Real
United States District Judge

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW
W&W