**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT HERALDEZ, et al., | ) | Case No.   EDCV-16-1978-R |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | **BY LACK OF PROSECUTION** |
| BAYVIEW LOAN SERVICING, LLC., et al., | ) | |
| Defendant(s). | ) | |

    Plaintiff was ordered to show cause in writing by not later than **January 11, 2017** why this action should not be dismissed for lack of prosecution as to the remaining Defendant Cypress Point Funding, Inc.;

    WHEREAS, this period has elapsed without any action by plaintiff.

    The Court hereby DISMISSES this instant action for lack of prosecution as to Cypress Point Funding, Inc. There are no remaining defendants in this case, the Clerk's Office is now directed to close this close.

Dated: January 12, 2017

                                                     HONORABLE MANUEL L. REAL
                                                     UNITED STATES DISTRICT JUDGE